UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHERESE LEE ANN DRAKE
(A-Number: 208-484-978),

Petitioner,

v.

WARDEN OF THE CALIFORNIA CITY
DETENTION FACILITY, *et al.*,

Respondents.

No.  1:26-cv-02242-KES-CDB (HC)

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS AND GRANTING
PETITION FOR WRIT OF HABEAS
CORPUS

Doc. 9

Petitioner Sherese Lee Ann Drake is an is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 4, 2026, the assigned magistrate judge issued findings and recommendations to grant the petition for writ of habeas corpus.  Doc. 9.  The findings and recommendations were served on the parties and contained notice that any objections were to be filed within seven days. *Id.* at 18–19.  On June 9, 2026, respondents filed objections, objecting "based on the arguments raised in the prior filing."  Doc. 10.  Respondents also note that an immigration judge ordered petitioner removed, *see id.*, but that removal order will not become final until petitioner has exhausted her appeals to the BIA and the Ninth Circuit, *see* 8 U.S.C. § 1231(a)(1)(B).

In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this

1

case.  Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1.  The findings and recommendations issued on June 4, 2026, Doc. 9, are adopted in full.

2.  The petition for writ of habeas corpus, Doc. 1, is granted.

3.  Respondents are ORDERED to provide petitioner with a bond hearing before a neutral decisionmaker within fourteen (14) days of the date of this Order.  Respondents shall immediately provide petitioner with a copy of this Order and shall provide her with 48 hours' written notice before the bond hearing.  At that bond hearing, it is respondents' burden to demonstrate that petitioner is a flight risk or danger to the community by clear and convincing evidence.

4.  The Clerk of the Court is directed to enter judgment for petitioner and close this case.

IT IS SO ORDERED.

Dated:    June 10, 2026

_____
UNITED STATES DISTRICT JUDGE

2